UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michelle Lucas, Monica Jones,

      Plaintiffs,        Civil No. 05-2324 (RHK/AJB)

vs.        **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Time Warner Cable, Inc., d/b/a Time Warner Cable,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 5, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge